**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN ERIC WALKER, | No. 20-55654 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-00031-DMS-AGS |
| v. | |
| UNITED STATES OF AMERICA; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted May 18, 2021[**]

Before:    CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Steven Eric Walker appeals pro se from the district court's judgment

dismissing his Second Amendment challenge to federal and state firearms

restrictions for persons convicted of a felony. Walker was convicted of first-

degree attempted murder in California in 1990. We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo a dismissal under 28 U.S.C.

§ 1915(e)(2)(B)(ii).  *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012).  We

affirm.

The district court properly dismissed Walker's action because Walker failed

to allege facts sufficient to state a plausible claim.  *See District of Columbia v.*

*Heller*, 554 U.S. 570, 626 (2008) ("[N]othing in our opinion should be taken to

cast doubt on longstanding prohibitions on the possession of firearms by

felons[.]"); *United States v. Vongxay*, 594 F.3d 1111, 1117-18 (9th Cir. 2010) (the

Second Amendment permits prohibitions on firearms ownership for felons).

We do not consider matters not specifically and distinctly raised and argued

in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**